**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JAMES W. MYART, JR.,** | § | |
| | § | |
| **Plaintiff Pro Se,** | § | **Case No. 5:19-cv-906** |
| | § | |
| **v.** | § | **(Formerly 2019-CI-14934** |
| | § | **73rd Judicial District,** |
| | § | **Bexar County, Texas)** |
| **City of San Antonio, et. al.** | § | |
| | § | |
| **Defendants** | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, the City of San Antonio, Defendant in the above styled and numbered cause and by and through its attorney of record, and files this *Notice of Removal*. Defendant will respectfully show unto the Court the following:

1.    On or about July 26, 2019 Plaintiff James W. Myart Jr., filed his *First Amended Original Petition* in the 73rd Judicial District, Bexar County, Texas. Said *Petition* named the City of San Antonio and several of its employees in their official capacities only, as a Defendant in the suit. **Ex. A.** Plaintiff's suit alleges theories of recover in accordance with the U.S Constitution and the Voting Rights Act 52 U.S.C. 10301 et. seq. **Ex. A.**

2.    Pursuant to 28 U.S.C. §1446(a), attached to this *Notice of Removal* are copies of all pleadings naming Defendant. **Ex. A and Ex. B.**

3.    This *Notice of Removal* is timely under 28 U.S.C. § 1446(b) because the removal is filed within thirty (30) days after Defendants first received a copy of a document from which it could first be ascertained that the case is one which is or has become removable.

4.      All Defendants, currently served, are represented by the City of San Antonio City Attorney's Office and consent to this removal by and through their attorneys of record.

5.      The claims asserted against Defendants are civil actions in which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b).  Plaintiff has asserted a cause of action arising under the U.S. Constitution.

6.      Venue is proper in this district under 28 U.S.C. §1446(a) because Bexar County, where the removed action has been pending is encompassed by the United States District Court for the Western District of Texas, San Antonio, Division.

7.      To the extent Plaintiff is asserting a state law cause of action, the City would show that the United States District Court has jurisdiction over said claims pursuant to the Court's supplemental jurisdiction because those claims arise out of and are derived from a common nucleus of operative facts which form the basis of Plaintiff's federal civil claims.

8.      Defendant further submits that it will pay all costs and debts incurred in the removal proceeding should the court determine that this action is not removable or is improperly removed.

Respectfully submitted,

Office of the City Attorney
Litigation Division
Frost Bank Tower
100 W. Houston St., 18th Floor
San Antonio, Texas  78205
Phone:      (210) 207-8963
Fax:         (210) 207-4357
Email:      Brad.Bennett@sanantonio.gov

/S/ Brad Bennett

BRAD BENNETT
Assistant City Attorney
SBN:  24061041

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following on July 29, 2019:

James W. Myart Jr.                                        ☒        CMRRR and
714 Canton St.                                                         Email to: myart.james@yahoo.com
San Antonio, Texas 78202
*Plaintiff Pro Se*

                                                                    ___/S/ Brad Bennett_____
                                                                    BRAD BENNETT