FILED

AUG - 8 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　DEPUTY CLERK

**UNITED STATES DISTRICT COURT
WESERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON**

**JAMES W. MYART, JR., PRO SE**          )
　　　　　　　　　　　　　　　　　　　　)
**V.**                                     )
　　　　　　　　　　　　　　　　　　　　)
**RON NIRENBURG, MAYOR CITY OF**          )
**SAN ANTONIO, ERIC WALSH, CITY**          )
**MANAGER, LETICIA VACEK, SAN**            )
**ANTONIO CITY CLERK, CITY OF SAM**        )          **5:19-cv-0906 (OLG)**
**ANTONIO, JADA ANDREWS-SULLIVAN,**        )
**A/K/A JADA KING**                        )
**A/K/A JADA HUNT,**                       )
**A/K/A JADA  L. SMITH,**                  )
**A/K/A JADA ANDREWS HUNT**                )
**A/K/A JADA LANISE KING**                 )
**A/K/A JADA L. ANDREWS, ET AL**           )

**MOTION FOR RULE 64, FRCP TRO AND INJUNCTION
AND
REQUEST FOR EMERGENCY HEARNG**

TO THE JUDGE OF THE HONORABLE COURT:

COMES NOW JAMES W. MYART, JR., (Hereinafter "Plaintiff Myart") and files

this **MOTION FOR RULE 64, FRCP TRO AND INJUNCTION AND REQUEST FOR**

**EMERGENCY HEARING**  and would show upon the Court the following:

1.  This matter was removed to federal Court by the City Defendants, **RON**

**NIRENBURG, MAYOR CITY OF SAN ANTONIO, ERIC WALSH, CITY MANAGER,**

**LETICIA VACEK, SAN ANTONIO CITY CLERK AND THE CITY OF SAN ANTONIO o**

**an issue of federal question.**

2.  In the Court below, the Honorable Johnny Gabriel denied the Plaintiff's TR on the

basis, primarily, that Defendant   JADA ANDREWS-SULLIVAN, A/K/A JADA KING

A/K/A JADA HUNT, A/K/A JADA  L. SMITH, A/K/A JADA ANDREWS HUNT A/K/A JADA LANISE KING, A/K/A JADA L. ANDREWS, ET AL was not in attendance at the state Court Hearing.

3.  Judge Gabriel, however, took the unusual step of setting a hearing date for the Injunction for August 8,2019.

4.  The Defendants, however, removed the matter to federal Court.

5.  The Plaintiff met all the requirements of both a state and federal TRO and Injunction.

6.   Plaintiff hereby incorporates the entire record of this matter herein, including but not limited to the initial verified original petition filed in state court.

7.  Plaintiff asserts that the original verified petition filed in state court is sufficient to seek, pursuant to Rule 64, a federal TRO. Hearing is necessary to ascertain the true residence and abode of Defendant  JADA ANDREWS-SULLIVAN, A/K/A JADA KING A/K/A JADA HUNT, A/K/A JADA  L. SMITH, A/K/A JADA ANDREWS HUNT A/K/A JADA LANISE KING, A/K/A JADA L. ANDREWS, ET AL., a residence and abode not within the geographic lines of District 2, City of San Antonio, City Council.

8.  Plaintiff Myart has interviewed the natural mother and two children of Defendant JADA ANDREWS-SULLIVAN, A/K/A JADA KING A/K/A JADA HUNT, A/K/A JADA  L. SMITH, A/K/A JADA ANDREWS HUNT A/K/A JADA LANISE KING, A/K/A JADA L. ANDREWS, ET AL. The witnesses have confirmed that the address given by Defendant Sullivan , et al is not the residence and are abode of Defendant JADA ANDREWS-SULLIVAN, A/K/A JADA KING A/K/A JADA HUNT, A/K/A JADA  L. SMITH, A/K/A JADA ANDREWS HUNT A/K/A JADA LANISE KING, A/K/A JADA L. ANDREWS, ET AL.

9. This circumstance is violative of the San Antonio City Charter, the Voting Rights Act of 1965 and the Constitution of the United States of America.

10. The people of District 2, primarily, the black citizens of San Antonio are being irreparably harmed by the Defendants and the Court should, must put a stop to the political chicanery and dishonesty of the City officials and Defendant JADA ANDREWS-SULLIVAN, A/K/A JADA KING A/K/A JADA HUNT, A/K/A JADA L. SMITH, A/K/A JADA ANDREWS HUNT A/K/A JADA LANISE KING, A/K/A JADA L. ANDREWS, ET AL.

11. Plaintiff Request the Court set a hearing date on an Emergency basis.

12. The People of District 2 have only the guardians of our Constitution, the Courts and federal judges to protect them and the principle of **_ONE MAN-ONE VOTE._**

13. Plaintiff seeks approval to issue Summons to Defendant JADA ANDREWS SULLIVEN

Respectfully submitted,

James W. Myart, Jr.

714 Canton St.

San Antonio, Texas 78202

## CERTIFICATE OF CONFERNCE

The Defendants oppose this motion.

_____

James Myart

**UNITED STATES DISTRICT COURT**
**WESERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISON**

| | |
|---|---|
| JAMES W. MYART, JR., PRO SE | ) |
| | ) |
| V. | ) |
| | ) |
| RON NIRENBURG, MAYOR CITY OF | ) |
| SAN ANTONIO, ERIC WALSH, CITY | ) |
| MANAGER, LETICIA VACEK, SAN | ) |
| ANTONIO CITY CLERK, CITY OF SAM ) | )   5:19-cv-0906 (OLG) |
| ANTONIO, JADA ANDREWS-SULLIVAN, | ) |
| A/K/A JADA KING | ) |
| A/K/A JADA HUNT, | ) |
| A/K/A JADA  L. SMITH, | ) |
| A/K/A JADA ANDREWS HUNT | ) |
| A/K/A JADA LANISE KING | ) |
| A/K/A JADA L. ANDREWS, ET AL | ) |

**PROPOSED ORDER**

The Court is of the opinion that the Motion is procedurally correct and should be granted.

So ordered. The Hearing is set for _____day of _____, 2019 in

the federal Courthouse.

IT is ORDERED that DISTRICT CLERK

ISSUE SUMMONS TO

THE SAN ANTONIO

City CLERY WHO

has AGEED TO ACCEPT       _____

SERVICE ON BEHALF OF      US District Judge.

Council/WOMAN JADA ANDREWS

Sullivan