**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

FILED

AUG 19 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Plaintiff MYART

V.

Case No. 5:19 cv 906   (OLG)

Defendant NIRENBURG, ET AL

MOTION FOR Ruling ON EMERGENCY BASIS

① ON AUGUST 8, 2019, Plaintiff filed a C) motion FOR TRO + PERM INJUNCTION SEEKING AN EMERGENCY HEARING (BASED ON FED. QUESTION, 1965 VOTING Rights Act As AMENDED, AT DOCKET #____.

② Since then the District Judge has referred the matter to the Honorable Chestney, Mag Judge will note that the District Judge retains jurisdiction of TRO'S AND Injunctions

(3) The Court has not issued an order for hearing despite the gross injury being done to Plaintiff and residents of District # 2

(4) The one-man, one-vote principle has been decimated by the fact the Defendant Jade Andrews-Sullivan, based on competent evidence does not abode in District 2 as required by law.

(3) Plaintiff, therefore beseeches the Court to issue a ruling setting a date and time for a FRCP 64 Hearing.

Respectfully,

James Megarb, Pro Se
714 Carter
SA TX
78208

cc:
Defendants or opposing

US DC
WESTERN DIST of TX
SA DIVISION

MYART

v.

NIRENBERG, ET Al

5:19 cv 906 (OL

Proposed Order

Hearing is set for ___ day of

___, 2019

_____

U S DISTRICT JNDz