**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SEP 2 4 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Plaintiff MYART

V.

Case No. 5:19-cv 906 (OLG)

Defendant NIPENBERG, ET Al

NOTICE OF Appeal

Please take Notice of Plaintiff's
Appeal to the 5th Circuit of
Docket #15
Adoption of Report . Respectfully
+ Recommendation James Myart
714 Canton
SA TX 78202

c c
all city attorney notified via
ECF