IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES W. MYART JR., | § § | |
| *Plaintiff,* | § § § | SA-19-CV-00906-OLG |
| vs. | § § § | |
| CITY OF SAN ANTONIO, RON NIRENBURG, MAYOR, CITY OF SAN ANTONIO; ERIC WALSH, CITY MANAGER; LETICIA VACEK, SAN ANTONIO CITY CLERK; AND JADA ANDREWS-SULLIVAN, AS COUNCIL PER OF DISTRICT 2; | § § § § § § § § § | |
| *Defendants.* | § § | |

## **ORDER RETURNING CASE TO DISTRICT COURT**

On this day, the undersigned issued a Report and Recommendation recommending that

Defendants' motion to dismiss be granted and that Plaintiff show cause why his remaining

claims against Defendant Andrews-Sullivan should not be dismissed for lack of prosecution.

Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is

**RETURNED** to the District Court for all purposes.

SIGNED this 7th day of October, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE