FILED
OCT 07 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES W. MYART, JR., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN P. MACH, *et al.*, <br> Defendants. | 5:19–CV–00507 (OLG) |
| JAMES W. MYART, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN ANTONIO, *et al.*, <br> Defendants | 5:19-cv-00702 (OLG) |
| JAMES W. MYART, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN ANTONIO, *et al.*, <br> Defendants. | 5:19–CV–00753 (OLG) |
| JAMES W. MYART, JR., <br><br> Plaintiff, <br><br> v. <br><br> FROST BANK, *et al.*, <br> Defendants. | No. 5:19-CV-00906 |

AMENDED    **NOTICE OF APPEAL**

COMES NOW James W. Myart, Jr. and files this Notice of Appeal to the 5th Circuit of Judge Ezra's **DENIAL** of the Motions to Recuse the District Judge and the Magistrate Judge assigned to the captioned cases.

Respectfully submitted,

James W. Myart, Jr.

714 Canton St.

San Antonio, Texas   78202

210-910-7264

**CERTFICATE OF SERVICE**

All Counsel are hereby notified ECF.