FILED

OCT 2 4 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
               DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAMES W. MYART, JR.,            §
       *Plaintiff,*             §
                               §
                               §
v.                             §
                               §  Civil Action No. 5:19-cv-00906-OLG
                               §
CITY OF SAN ANTONIO; RON       §
NIRENBERG, MAYOR, CITY OF SAN  §
ANTONIO; ERIC WALSH, CITY      §
MANAGER; LETICIA VACEK, SAN    §
ANTONIO CITY CLERK; AND JADA   §
ANDREWS-SULLIVAN, AS COUNCIL   §
PER OF DISTRICT 2,             §
       *Defendants.*           §

## ORDER

On this day, the Court considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) that Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6) be granted. Docket no. 24.

Plaintiff James W. Myart Jr responded to Magistrate Judge Chestney's report and recommendation, but he did not raise any objections to its substance. *See* docket no. 29. When there is no objection to a magistrate judge's recommendation, the Court need not conduct a *de novo* review of the entire record. *See* 28 U.S.C. § 636(b)(1). Instead, the Court reviews the recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After reviewing the report and recommendation along with the record, the Court concludes that Magistrate Judge Chestney's report and recommendation is correct in all respects and should be adopted. Accordingly, the Court dismisses the federal claims against all Defendants. The Court notes that Magistrate Judge Chestney's report and recommendation ordered Plaintiff to show cause why his claims against Defendant Jada Andrews-Sullivan should

1

not also be dismissed. Docket no. 24. In response, Plaintiff contested the idea that he had not been prosecuting his case against her, but he did not state any reasons why the federal claims against her had any merit. *See* docket no 29. Accordingly, the Court finds that the federal law claims against Defendant Sullivan are also dismissed.

Moreover, the Court agrees with Magistrate Judge Chestney's recommendation that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims. *See* docket no. 24. Accordingly, the Court remands this case back to Texas state court.

**IT IS THEREFORE ORDERED** that Magistrate Judge Chestney's report and recommendation (docket no. 24) is **ADOPTED**, and Plaintiff's federal law claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**. Defendants' Motion to Dismiss (docket no. 8) is **GRANTED** as to Plaintiff's federal law claims.

**IT IS FURTHER ORDERED** that Plaintiff's remaining state law claims are **REMANDED** to the 73rd Judicial District, Bexar County, Texas.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Status Conference (docket no. 28) and his Motion to Reopen Case (docket no. 32) are **DENIED AS MOOT**.

It is so **ORDERED**

**SIGNED** this _24_ day of October, 2019.

_____
ORLANDO L. GARCIA
Chief United States District Judge

2